**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| RENITA BAKER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 4:13-CV-288 |
| | § | |
| ABC PROVIDER DFW, LLC and | § | |
| JAMES FORBES, | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

This final judgment is entered pursuant to FED. R. CIV. P. 58 and the court's "Memorandum Opinion and Order Granting Defendants' Motion to Dismiss," signed on March 26, 2014. In accordance with the rulings set forth in the above-referenced order, it is hereby

**ORDERED** that the Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** at the Plaintiff's cost. It is finally

**ORDERED** that any relief not specifically granted is denied.

**SIGNED this the 26th day of March, 2014.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE